**United States Court of Appeals for the Fifth Circuit**



| | |
|---|---|
| United States of America | |
| v. | NO:21-20468 |
| Andy Badenock- Appellant | |

## MOTION FOR LEAVE TO OBTAIN CASE FILES & COURT RECORDS

Movant moving Pro se, Comes now before this honorable Court, asking for leave in order to obtain all files, transcripts, & Court records pertaining to appellant In the District Court for the Southern District of Texas. Appellant before this time, has diligently tried to obtain said documents, in Order to expedite now Pro se appellant's supplementation of the record, & not to afflict this honorable Courts calendar (See Exhibit 1 & 2).

Appellant even filed a freedom of information request, to which the responding U.S. Attorney's offices advised, that they are not in possession of any documents pertaining to appellant (Andy Badenock) (See Exhibit 3A & 3b). Also previous counsel has held firm (as he always has) in his refusal to release documents pertaining to appellant, as he did when now appellant was a then defendant, needless to say I have never been in possession of my files, transcripts or records (See Exhibit 4A, 4b, 4c).

Pro se appellant asks, that this honorable Court find, that granting this motion would best serve in the pursuit of judicial equity and its ends thereof, also so that there are no hurdles before the district Court, that would delay the release of said documents & files, presented in the form of Jurisdictional woes as previously articulated by the district Court (See Exhibit 5).

By granting this motion for leave, Appellant can properly articulate his brief using supporting documents of unimpeachable origins, that give testimony on the behalf of, and that bore witness to, matters of fact, that require specific remedies prescribed by constitutional authority and precedence.

9-14-2023

Andy Badenock - 53883479



EXHIBIT 1

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-18-405 (5) |
| § | |
| ANDY BADENOCK § | |

## ORDER

Defendant, Andy Badenock, has filed a Motion to Compel Counsel to Release Files and Records (docket no. 416) and a Letter Motion to Unseal Specific Documents and Provide Copies (docket no. 417).

It is, therefore, ORDERED that the United States SHALL file an expedited response to Badenock's Motions on or before **October 24, 2022.**

SIGNED at Houston, Texas, on the 6th day of October, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

**EXHIBIT 2**

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | |
| | § | CRIM. NO. 4:18-CR-405-S |
| ANDY BADENOCK | § | |

## ORDER

Upon consideration of the Defendant's Motion to Compel Counsel to Release Files and Record, the defendant's letter requesting the Court unseal documents, and the Government's Response to Defendant's Letter and Motion to Compel, the Defendant's motion and request is hereby DENIED.

Signed on this the 18th day of October, 2022.

_____
Sim Lake
United States District Judge



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff

Suite 5.400, 3CON Building
175 N Street, NE
Washington, DC 20530

(202) 252-6020

May 11, 2023



EXHIBIT 3A

VIA

Andy Badenock
#53883-479
P.O. Box 3725
Adelanto, CA 92301

Request Number: EOUSA-2022-002760
Date of Receipt: August 24, 2022
Subject of Request: Records pertaining to self

Dear Andy Badenock:

In response to your Freedom of Information Act and/or Privacy Act request, the following checked paragraph(s) apply:

1. ☐ A search for records located in EOUSA has revealed no responsive records regarding the above subject.

2. X A search for records located in the United States Attorney's Office(s) for the Middle District of Florida and the Southern District of Texas has revealed no responsive records regarding the above subject.

3. X After an extensive search, the records which you have requested cannot be located.

4. ☐ Records that might have been responsive to your request were destroyed pursuant to the agency's record retention and disposition schedules approved by the National Archives and Records Administration.

5. ☐ Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

6.

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the Executive Office for United States Attorneys (EOUSA) for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Exhibit 3B

# M Gmail

EXHIBIT 4A

Consulting Angels <consultingangels@gmail.com>

## Andy Badenock
3 messages

---

**Consulting Angels** <consultingangels@gmail.com>     Mon, Aug 22, 2022 at 7:55 AM
To: mervynmosbacker@yahoo.com

I write on behalf of Andy,

I know you have to respond to the appeal by 8/24/22.

Andy is requesting the following :

i need all the transcripts unsealed and sent to me from him ... expecially the transcripts from 1/03/2020  i need the original indictment also  so they can be compared .... the transcrips from 01/03/2020 in full is very important.
 i also need him to send the affidavidth for extention on wire tap that  agent james gainer put together ,...... and all the discovery including pictures and all the dea feild notes in his possesion being that he never gave me anything    ... and also the dea reports for florida in regards to december the 3rd and seon guy and all of the doccuments in reguards to december 29th 2015 through janurary 5th 2016 everything that the dea has

How are you handling this appeal with no communication with your client.

Jenny
1-346-402-4029

---

**Mervyn Mosbacker** <mervynmosbacker@yahoo.com>     Mon, Aug 22, 2022 at 11:32 AM
Reply-To: Mervyn Mosbacker <mervynmosbacker@yahoo.com>
To: Consulting Angels <consultingangels@gmail.com>

Jenny,

As I was getting ready to prepare the brief, his girlfriend emailed me and told me that Andy wanted me off of the case and was getting another attorney.  I sent her emails asking for clarification, with no reply.  I checked the docket entries and saw that no attorney had entered the case on his behalf.  I tried to contact Andy, but he was in transit.  After he arrived at the facility in California, I tried calling the facility, but they did not answer the phone when I called.

I needed to submit the brief and did so at the deadline.  After I submitted it, Andy sent me a note, telling me he wanted me to withdraw the brief.  I called the 5th Circuit about the matter and was told that they would get back with me.  Later, Andy tried to get the 5th Circuit to get me off of the case and to allow him to substitute a brief for the one that I submitted.  They declined, and issued a new scheduling order for the Appellee's brief.

Andy then submitted a complaint to the State Bar of Texas, asking that I be disciplined, making several false statements.  The State Bar declined to pursue a case against me.

I don't intend to communicate with Andy, given the circumstances.  I will look through the file and give him what I can.

Mervyn

[Quoted text hidden]

---

**Consulting Angels** <consultingangels@gmail.com>     Mon, Aug 22, 2022 at 12:13 PM

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2022.
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| versus | § | CRIMINAL NO. H-18-405 (5) |
| | § | |
| ANDY BADENOCK | § | |
| Defendant. | § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your Motion (Docket Entry No. 422); however, they are deficient as checked. (CrL.R. refers to the Criminal Local Rule of this District).

1. ☐ Motion does not comply with CrL.R.12.

    a. ☐ No statement of opposition or non-opposition (CrL.R.12.2).

    b. ☐ No statement of conference between counsel (CrL.R. 12.2).

    c. ☐ No separate proposed order attached (CrL.R. 12.2).

2. ☑ Other: __All communication with the court must be by defendant's attorney.__

The document is **STRICKEN** from the record.

Date: 11/15/2022

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

Exhibit 4B

United States District Court
Southern District of Texas
**ENTERED**
December 12, 2022
Nathan Ochsner, Clerk

EXHIBIT 4C

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-18-405 (5) |
| § | |
| ANDY BADENOCK § | |

## ORDER

Defendant, Andy Badenock, has filed a Motion for Termination of Court Appointed Counsel in District Court and Recognition of Defendant as Movant Moving Pro Se (docket no. 424).

It is, therefore, **ORDERED** that the United States **SHALL** file a response to Badenock's Motion **on or before January 20, 2023.**

**SIGNED** at Houston, Texas, on the 12th day of December, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE



United States District Court
Southern District of Texas
**ENTERED**
January 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-18-405 (5) |
| | § | |
| ANDY BADENOCK | § | |

### O R D E R

Because this case is pending before the United States Court of Appeals for the Fifth Circuit Defendant, Andy Badenock's Motion for Termination of Court Appointed Counsel in District Court and Recognition of Defendant as Movant Moving Pro Se (docket no. 424) is **DENIED** for lack of jurisdiction. His request to unseal documents is **DENIED**.

**SIGNED** at Houston, Texas, on the 18th day of January, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE



Andy Badenock - 53883479
Victorville FCI #1
P.O. Box 3725
Adelanto, CA 92301

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. MAESTRI Place
New ORLEANS, LOUISIANA, 70130-3408

Legal Mail