United States Court of Appeals
for the Fifth Circuit

No: 21-20468

United States of America
v.
Andy Badenock

U.S. COURT OF APPEALS
RECEIVED
OCT 10 2023
FIFTH CIRCUIT

## Motion for Reconsideration

Pro-Se Appellant comes now before this honorable Court looking for Clarification on Appeal docket entry #112 & #117. Appellant has not received the Court order as of yet, but notes that entry #112 is shown on docket as Motion to Compel the District Court, when Appellant in fact filed a Motion for Leave (titled "Motion for leave to obtain case files and court records"). Appellant is requesting Motion for leave so as to ("himself") obtain said files and documents being that the district court advised that leave is needed from the Circuit to address his concerns and release documents (see Exhibit 5). Appellant was granted Pro-Se status on 8-25-2023 and has not had access to any of his documents pertaining to this matter, so I ask that this that this Court reconsider its position and grant this Appellant leave, and also extends the filing deadline giving ample time & opportunity to file, recieve & review aforementioned documents so as to efficiently file his Suppliment to the already filed brief in this matter.

Date: 10-1-2023

Andy Badenock - 53583479
Victorville FCI #1
PO Box 3725
Adelanto, CA 92301



United States District Court
Southern District of Texas
**ENTERED**
January 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-18-405 (5) |
| | § | |
| ANDY BADENOCK | § | |

## ORDER

Because this case is pending before the United States Court of Appeals for the Fifth Circuit Defendant, Andy Badenock's Motion for Termination of Court Appointed Counsel in District Court and Recognition of Defendant as Movant Moving Pro Se (docket no. 424) is **DENIED** for  lack of jurisdiction. His request to unseal documents is **DENIED**.

**SIGNED** at Houston, Texas, on the 18th day of January, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

SN BERNARDINO CA 923

2 OCT 2023 PM 4 L

Andy Badenock - 53883479
Victorville FCI #1
P.O. Box 3725
Adelanto, CA 92301

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S Maestri Place
New Orleans, Louisiana 70130

Legal mail